United States District Court For The Northern District of Illinois

Jeremiah McGee  Plaintiff

v.

Michael Lemke, Et al
   Defendant

Case No: 1:13-cv-02568
Honorable Rebecca R. Pallmeyer

**FILED** EAA

MAY 06 2015
May 6 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

4-25-15

I am writting Today concerning The Docket Entry That was Made April 9, 2015. I was told to Identify The Issues and wishes to Raise on My Appeal.

1st Isses: Is that I have Put in a Law-Suit on Case No: 1:13-CV-02568
HONORABLE:
Rebecca R. Pallmeyer

1. I HAVE Put in Two #2 Greivance's For The Law-Suit Above and I Just came Across (PROOF) I Did Have them I got My copy's.

2. I HAVE #Two Witness# That Every thing Occurr Happen, And the Person's that Place Me in This Perdictament Should Know they Violated My Constitutional Amendment's, And My Right's to be Free From Cruel and Unusual Punishment ↑
U.S. Constitution Right's

Amendment 5 | Where, Fore, Plaintiff Moves that this Court Make and Enter a Judgment As prayer For Relief in My Complaint's